**11 CV 5030**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

___TRENT PATTERSON___

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

___Police Commissioner Raymond Kelly___
___L.T. Hollywood (Midtown South)___
___Arresting Officers (Midtown South)___

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

RECEIVED 2011 JUL -5 AM 10:03 PRO SE OFFICE

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff Name ___Trent Patterson___
ID # ___349-11-07675___
Current Institution ___(C-95) A.M.K.C___
Address ___18-18 Hazen Street___
___East Elmhurst, NY 11370___

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1 Name ___Raymond Kelly___ Shield # _____
Where Currently Employed ___NYPD___
Address _____

Rev. 05/2010                                     1

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☑ No.    ☐ Yes, $_____.

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☑ No.    ☐ Yes, $_____.

6. Do you pay for rent or for a mortgage? If so, how much each month?

☑ No.    ☐ Yes, _____.

7. List the person(s) that you pay money to support and the amount you pay each month.
   None

8. State any special financial circumstances which the Court should consider.
   I am Indigent

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 22nd day of June, 2011.

*Signature:* Jeff Patterson

D.   Facts:

**What happened to you?**

On or about 8/6/10 officers from the midtown south precinct maced me in the face, kicked me in the ribs and neck, and put the handcuffs on me extremely tight. They never announced they were officers. They shot me from the back per orders of their lieutenant Hollywood, and put a case on me.

**Who did what?**

**Was anyone else involved?**

**Who else saw what happened?**

Everyone in the area, the films from the store, and in the block I was arrested in. All officers present also saw what happened.

### III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

EMS came and treated me for my eyes, bleeding neck, and handcuff injuries. I suffer extreme emotional and mental anguish, and pain.

### IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____ No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). N/A

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____   N/A

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: __EMS, medical staff at precinct.. No Response__

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. __N/A__

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). __10 Million dollars from each defendant, because this isnt the first time this happened.__

VI. **Previous lawsuits:**

☐ On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?
Yes ✓   No ___

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff __TRENT PATTERSON__
Defendants __SAME AS ABOVE__

2. Court (if federal court, name the district; if state court, name the county) __SOUTHERN DISTRICT__

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No __✓__
If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __I SETTLED (IN MY FAVOR)__

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment? Yes ___ No __✓__

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:
Plaintiff __N/A__
Defendants __N/A__

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number __N/A__

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ___ No ___
If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of June, 2011.

Signature of Plaintiff  *Trent Patterson*

Inmate Number  349-11-07675

Institution Address  18-18 Hazen Street
East Elmhurst, NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22nd day of June, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Trent Patterson*