UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRENT PATTERSON

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/27/12

PRO SE OFFICE

Amended complaint
11 CIV. 5030 (GBD)(DCF)

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Police commissioner
Raymond Kelly
Lieutenant Daniel Hollywood (14th PCT)
Officer Michael Soto (Grand larceny Task Force)

Amended
COMPLAINT
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

FILED
12 MAR 27 P 12:22
U.S. DISTRICT COURT
S.D. OF N.Y.

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   TRENT PATTERSON
            ID #   349-11-07675
            Current Institution   18-18 Hazen Street (A.M.K.C.)
            Address   18-18 Hazen Street
                      East Elmhurst, NY 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                     3

Defendant No. 1    Name **Raymond Kelly, Police Commissioner** Shield # _____
                   Where Currently Employed ~~NYPD~~ Police Headquarters
                   Address One Police Plaza
                   NY, NY 10038

Defendant No. 2    Name **Lieutenant Daniel Hollywood** Shield # _____
                   Where Currently Employed 14th Precinct (Midtown South)
                   Address 357 West 35th Street
                   NY, NY

Defendant No. 3    Name **Michael Soto** Shield # _____
                   Where Currently Employed Grand Larceny Task Force
                   Address 524 West 42nd Street, 4th Floor
                   New York, New York 10036

Defendant No. 4    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

Defendant No. 5    Name _____ Shield # _____
                   Where Currently Employed _____
                   Address _____

## II.   Statement of Claim:

State as briefly as possible the _facts_ of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? __N/A__

B.   Where in the institution did the events giving rise to your claim(s) occur? __N/A__

C.   What date and approximate time did the events giving rise to your claim(s) occur? __8/1/10 4:P.M__

D. Facts:

**What happened to you?**
**Who did what?**
**Was anyone else involved?**
**Who else saw what happened?**

On or about 8/11/10 during a routine arrest Lt. Daniel Hollywood ordered P.O Michael Soto to pepper-spray and assault me for know reason. Lt. Hollywood has a personal vendetta for a previous lawsuit for the same behavior. I was pepper sprayed directly in the face while Lt. Hollywood knows I'm a chronic asthmatic. P.O Soto then punched and kicked me along my face, head, ribs etc right in the middle of the streets, I'm not sure who the other officers were because I was blind and couldn't breathe. All I know is I was being beaten for know reason and I was still being beaten while I was handcuffed. I was assaulted for no reason, not resisting arrest or anything. This assault was witnessed by the workers from the store I exited, and I'm 100% sure it has to be on camera.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I recieved blurry vision, 3 asthma attacks, swollen ribs, arms, hands, and wrists. I also recieved a deep phobia/fear of Lt. Hollywood and his co-horts. The psycological and mental trauma/damage is eternal and internal.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010                                    5

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✓   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?   N/A

1. Which claim(s) in this complaint did you grieve?   N/A

2. What was the result, if any?   N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.   N/A

_____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:   N/A

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. N/A

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like for LT. Hollywood to be fired. Phychologically evaluated for lunacy and racism. I would like for P.O Raymond Kelly to be penalized for continuously having incompetent and corrupt officers on his staff and not properly Responding to complaints. I want 10 million dollars for past, present and future pain & suffering. I want 2 million dollars apiece from each individual defendant in their individual capacity.

VI. **Previous lawsuits:**

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A _____

Defendants _____ N/A _____

2. Court (if federal court, name the district; if state court, name the county) N/A

3. Docket or Index number _____ N/A _____

4. Name of Judge assigned to your case _____ N/A _____

5. Approximate date of filing lawsuit _____ N/A _____

6. Is the case still pending? Yes ____ No ✓

If NO, give the approximate date of disposition _____ N/A _____

*Rev. 05/2010*    8

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____N\N_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of MARCH, 2012

Signature of Plaintiff   Kent Patterson
Inmate Number   349-11-07675
Institution Address   A.M.K.C
                     15-18 Hazen Street
                     East Elmhurst, NY 11370

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of MARCH, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: Kent Patterson

Rev. 05/2010                    9



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## MEMORANDUM
### *Pro Se* Office

**RECEIVED APR 03 2012 CHAMBERS OF DEBRA FREEMAN U.S.M.J.**

**SCANNED**

| | |
|---|---|
| **To:** | The Honorable Debra Freeman, USMJ |
| **From:** | K. Johnson, *Pro Se* Office, x0177 |
| **Date:** | March 28, 2012 |
| **Re:** | Patterson v. Kelly et al., No. 11 Civ. 5030 (DCF) |

The attached document, which was received by this Office on March 27, 2012, has been submitted to the Court for filing. The document is deficient as indicated below. Instead of forwarding the document to the docketing unit, I am forwarding it to you for your consideration. See Fed. R. Civ. P. 5(d)(2)(B), (4). Please return this memorandum with the attached papers to this Office, indicating at the bottom what action should be taken.

( )  No original signature.

( X )  No affirmation of service/proof of service.

( )  The document appears to be a request in the form of a letter.

( )  Other: _____

_____
_____
_____

**RECEIVED APR 17 2012 PRO SE OFFICE**

(✓)  **ACCEPT FOR FILING**         ( )  **RETURN TO *PRO SE* LITIGANT**

| Comments: | |
|---|---|
| | _____ |
| | United States District Judge |
| | |
| | _____ |
| | *[signature]* |
| | _____ |
| | United States Magistrate Judge |

Dated: